# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 18-6845

SUPREME RAHEEM ACKBAR, a/k/a Ronald Gary,

Plaintiff - Appellant,

v.

MICHAEL MCCALL; SHIRLEY MCCANTS; DONNIE STONEBREAKER; RAMMARINE JAGLAL; GWENDOLYN T. STOKES; WICLIFFE MCPHERSON; CHRIS BORGERSRODE; LEE CORRECTIONAL INSTITUTION,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Richard Mark Gergel, District Judge.  (4:18-cv-01581-RMG)

Submitted:  November 29, 2018                    Decided:  December 3, 2018

Before MOTZ, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Supreme Raheem Ackbar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Supreme Raheem Ackbar appeals the district court's order accepting the recommendation of the magistrate judge in part and dismissing his 42 U.S.C. § 1983 (2012) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2012). Upon review and having liberally construed Ackbar's informal brief, we find that he fails to challenge the bases for the district court's dismissal with prejudice of his complaint, including its finding that such dismissal constitutes a strike under 28 U.S.C. § 1915(g) (2012). We therefore conclude that he has waived appellate review. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("[O]ur review is limited to issues preserved in [the informal] brief.").

Accordingly, we dismiss the appeal for the reasons stated by the district court. *Ackbar v. McCall*, No. 4:18-cv-01581-RMG (D.S.C. July 3, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*